FILED
2010 Jul-26 PM 02:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **LAURA V. ELLIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Civil Action No. CV-09-S-1276-NE** |
| ) | |
| **RBC BANK (USA), f/k/a INDIAN** ) | |
| **RIVER NATIONAL BANK; and** ) | |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTION, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

On July 19, 2010, this court ordered plaintiff, Laura V. Ellis, to file a status report detailing what efforts she has made to obtain a new attorney since the termination of K. Anderson Nelms and Jennifer Jordan as counsel of record.[1] In response to the court's order, plaintiff explained that she is "unaware that any case has been entered with me as a listed plaintiff," and that "Nelms and [Jordan] never alerted me to any civil action filed."[2] In light of plaintiff's lack of consent to the filing of this action, the case is DISMISSED without prejudice. Costs are taxed as paid. The Clerk is directed to close this file, and to forward a copy of this order to

---

[1] *See* doc. no. 15.

[2] Doc. no. 16.

Laura V. Ellis at the following address:

    20415 New Garden Rd.
    Elkmont, AL 35620

    DONE and ORDERED this 26th day of July, 2010.

                                                    */s/ Lynwood Smith*
                                                United States District Judge